JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/9/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CASTILLO, | Case No. CV 18-9067 FMO (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 9th day of September, 2019.

/s/
Fernando M. Olguin
United States District Judge